UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUBEN CONJI HOLTON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:21-737 |
| v. | : | (MANNION, D.J.) |
| | | (ARBUCKLE, M.J.) |
| | : | |
| **WARDEN FINLEY,** *et al.*, | | |
| | : | |
| Defendants | | |

## ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The December 30, 2021 report of Judge Arbuckle, **(Doc. 22)**, is **ADOPTED IN ITS ENTIRETY**.

2. The defendants' motion to dismiss, **(Doc. 14)**, the plaintiff's complaint, **(Doc. 1)**, is **GRANTED IN PART**, and **DENIED IN PART**.

3. The objections of the defendants to the report, **(Doc. 23)**, are **OVERRRULED**.

4. The defendants' motion, **(Doc. 14)**, is **GRANTED** with respect to the plaintiff's FCTA claims, and the plaintiff's complaint,

**(Doc. 1)**, is **DISMISSED WITHOUT PREJDUICE** regarding his FTCA claims against the United States, for lack of jurisdiction. The plaintiff is permitted to file a separate FTCA action, should he choose, against the United States which will be docketed as a new case.

5. The defendants' motion to dismiss plaintiff's <u>Bivens</u> claims for improper joinder under Fed.R.Civ.P. 20, and for failure to exhaust under Fed.R.Civ.P. 12(b)(6), is **DENIED**.

6. The plaintiff's complaint, **(Doc. 1)**, will **PROCEED** with respect to all of its constitutional claims under <u>Bivens</u> against the six named prison official defendants in their individual capacities.

7. The defendants' motion for a more definite statement under Fed.R.Civ.P. 12(e), is **DENIED**.

8. The plaintiff's <u>Bivens</u> claims against the defendants in their official capacities are **DISMISSED** since they are barred by sovereign immunity.

9. The Clerk of Court is directed to **REMAND THIS CASE** to Judge Arbuckle for further proceedings consistent with this Order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATE: February 25, 2022**
21-737-01-Order